**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| ESTATE OF GLORIA DECKARD, DAVID I. GRUNFELD, ADMINISTRATOR AD LITEM, T/A BEER HUT, | : | No. 651 MAL 2015 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioners | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| PENNSYLVANIA LIQUOR CONTROL BOARD, | : | |
| | : | |
| Respondent | : | |
| | : | |
| ACME MARKETS, INC., | : | |
| | : | |
| Intervenor | : | |
| MALT BEVERAGE DISTRIBUTORS ASSOCIATION, | : | No. 850 MAL 2015 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA LIQUOR CONTROL BOARD, | : | |
| | : | |
| Respondent | : | |
| | : | |
| WEIS MARKETS, INC., | : | |
| | : | |
| Intervenor | : | |
| MALT BEVERAGE DISTRIBUTORS ASSOCIATION, | : | No. 830 MAL 2015 |
| | : | |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |

                                            :
        v.                                  :
                                            :
                                            :
                                            :
PENNSYLVANIA LIQUOR CONTROL                 :
BOARD,                                      :
                                            :
                Respondent                  :
                                            :
NICK, CFM, LLC,                             :
                                            :
                Intervenor                  :
                                            :
MECHANICSBURG DISTRIBUTING, INC.            :    No. 849 MAL 2015
AND 6485 CARLISLE PIKE                      :
ASSOCIATES, L.P.,                           :
                                            :    Petition for Allowance of Appeal from
                Petitioners                 :    the Order of the Commonwealth Court
                                            :
                                            :
        v.                                  :
                                            :
                                            :
PENNSYLVANIA LIQUOR CONTROL                 :
BOARD,                                      :
                                            :
                Respondent                  :
                                            :
GIANT FOOD STORES, LLC,                     :
                                            :
                Intervenor                  :
                                            :
MALT BEVERAGE DISTRIBUTORS                  :    No. 851 MAL 2015
ASSOCIATION,                                :
                                            :
                Petitioner                  :    Petition for Allowance of Appeal from
                                            :    the Order of the Commonwealth Court
                                            :
        v.                                  :
                                            :
                                            :
PENNSYLVANIA LIQUOR CONTROL                 :
BOARD,                                      :
                                            :
                Respondent                  :
                                            :

WEIS MARKETS, INC.,                        :
                                           :
            Intervenor                     :
                                           :
MALT BEVERAGE DISTRIBUTORS                 :   No. 852 MAL 2015
ASSOCIATION AND DERR                       :
ENTERPRISES, INC.,                         :
                                           :
                                           :   Petition for Allowance of Appeal from
            Petitioners                    :   the Order of the Commonwealth Court
                                           :
                                           :
            v.                             :
                                           :
                                           :
PENNSYLVANIA LIQUOR CONTROL                :
BOARD,                                     :
                                           :
            Respondent                     :
                                           :
WEIS MARKETS, INC.,                        :
                                           :
            Intervenor                     :

DUFFER'S BEVERAGE, LLC,                    :   No. 853 MAL 2015
                                           :
            Petitioner                     :
                                           :   Petition for Allowance of Appeal from
                                           :   the Order of the Commonwealth Court
            v.                             :
                                           :
                                           :
PENNSYLVANIA LIQUOR CONTROL                :
BOARD,                                     :
                                           :
            Respondent                     :
                                           :
WEIS MARKETS, INC.,                        :
                                           :
            Intervenor                     :

MALT BEVERAGE DISTRIBUTORS                 :   No. 854 MAL 2015
ASSOCIATION,                               :
                                           :
                                           :
            Petitioner                     :   Petition for Allowance of Appeal from
                                           :   the Order of the Commonwealth Court
                                           :

v. : 

PENNSYLVANIA LIQUOR CONTROL
BOARD, :

Respondent :

WEIS MARKETS, INC., :

Intervenor

MALT BEVERAGE DISTRIBUTORS : No. 855 MAL 2015
ASSOCIATION, :

Petitioner : Petition for Allowance of Appeal from
: the Order of the Commonwealth Court

v. :

PENNSYLVANIA LIQUOR CONTROL
BOARD, :

Respondent :

GIANT EAGLE, INC., :

Intervenor :

MALT BEVERAGE DISTRIBUTORS : No. 115 MAL 2016
ASSOCIATION AND STAR BEVERAGE, :
INC., :
: Petition for Allowance of Appeal from
Petitioners : the Order of the Commonwealth Court

v. :

PENNSYLVANIA LIQUOR CONTROL
BOARD, :

Respondent :

OHIO SPRINGS, INC., :

Intervenor :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of August  2016, the Petition for Allowance of Appeal is **DENIED**.